FILED
2020 Dec-16  AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER SURLES,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action Number |
| | ) **1:20-cv-01374-AKK-JHE** |
| **ALABAMA DEPARTMENT OF CORRECTIONS,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 23, 2020, recommending dismissal of Surles' petition for writ of habeas corpus for failure to pay the filing fee. Doc. 5. Although the parties were advised of their right to file specific objections within fourteen days, no objections have been received by the court. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the magistrate judge's Report and Recommendation is due to be adopted. A separate order will be entered.

**DONE** the 16th day of December, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE